Nicola A. Pisano (State Bar No. 151282)
napisano@jonesday.com
Christopher C. Bolten (State Bar No. 268284)
ccbolten@jonesday.com
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: 858.314.1200
Facsimile: 858.314.1150

Patrick Michael (State Bar No. 169745)
pmichael@jonesday.com
Elaine Wallace (State Bar No. 197882)
ewallace@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone: 415.626.3939
Facsimile: 415.875.5700

Attorneys for Plaintiff
SMARTDRIVE SYSTEMS, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMARTDRIVE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DRIVECAM, INC. <br><br> Defendant. | Case No. 3:12-cv-00683-H-RBB <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Ctrm: 13, 5th Floor <br> Judge: Honorable Marilyn L. Huff |

Plaintiff SmartDrive Systems, Inc. hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of the Court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant DriveCam, Inc. has not yet answered the complaint. Accordingly, SmartDrive Systems, Inc. voluntarily dismisses this entire proceeding with prejudice.

Dated: July 12, 2012

Respectfully Submitted,

JONES DAY

By: _/s/ Christopher C. Bolten_

Nicola A. Pisano
napisano@jonesday.com
Christopher C. Bolten
ccbolten@jonesday.com
12265 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: 858.314.1200
Facsimile: 858.314.1150

Patrick Michael
pmichael@jonesday.com
Elaine Wallace
ewallace@JonesDay.com
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone: 415.626.3939
Facsimile: 415.875.5700

_Attorneys for Plaintiff_
_SMARTDRIVE SYSTEMS, INC._

## <u>CERTIFICATE OF SERVICE</u>

I certify that all counsel of record are being served on July 12, 2012 with a copy of this document via the Court's CM/ECF system.

*/s/ Christopher C. Bolten*

NICOLA A. PISANO
CHRISTOPHER C. BOLTEN
PATRICK MICHAEL
ELAINE WALLACE